IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEARLIE M. HARRIS                                                                PLAINTIFF

v.                                  No. 4:14-cv-445-DPM

ECONOMY PREMIER ASSURANCE COMPANY                         DEFENDANT

## JUDGMENT

This case is dismissed with prejudice pursuant to the parties' stipulation.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2015